MARGARET J. ROCHE, Respondent, *v.* EDWIN L. THURBER et al., Defendants, and SAMUEL SINGER et al., Appellants.

(Submitted October 7, 1936; decided October 23, 1936.)

*F. R. Serri* for appellants.

*Raymond P. McNulty* and *Gilbert F. Regan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.